
McGREGOR W. SCOTT
United States Attorney

PAUL S. HAM
JUSTIN S. KIM
Trial Attorneys, Tax Division
United States Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, DC  20044-0683
Telephone: (202) 307-6421
Telephone: (202) 307-0977
Facsimile:  (202) 307-0054
E-mail: paul.s.ham@usdoj.gov
E-mail: justin.s.kim@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>J. LEONARD PADILLA, et al.,<br><br>Defendants. | Civil No. 2:01-cv-2301-DFL-GGH<br><br>**FIRST AMENDED STIPULATION BETWEEN THE UNITED STATES AND THE STATE OF CALIFORNIA FRANCHISE TAX BOARD, and [Proposed] ORDER** |

Plaintiff United States of America and defendant State of California Franchise Tax Board ("FTB"), through their respective attorneys, hereby agree and stipulate as follows:

1.      The United States has made assessments against defendant J. Leonard Padilla ("Padilla") for outstanding federal income (Form 1040), plus penalties and interest, for the 1986-1998 and 1992-1999 tax years ("tax years at issue).  This Court, in a separate but related action, entered judgment against Padilla for the tax periods at issue in the amount of $2,158,760.41 plus accrued interest and penalties since February 29, 2004.  United States v. J. Leonard Padilla, et. al., Civ No. 2:01-cv-2300 DFL GGH.

2.      The FTB has made assessments against defendant Padilla for outstanding state income taxes for the 1988, 1990, 1993, 1994, 1995, and 1996 tax years; assessed on March 23, 1991; October 26,

1 | 1994; December 16, 1996; January 26, 1996; May 28, 1997; and on October 31, 1997, respectively.

2 |     3.    The United States' and FTB's tax liens, both arising from the assessments described in paragraphs 1 & 2 above, attach to real property particularly described as follows (hereinafter, "Natomas property"):

LOT 92 AND THE NORTH ONE-HALF OF LOT 91, AS SHOWN ON THE "PLAT OF NATOMAS CENTRAL SUBDIVISION," RECORDED IN BOOK 16 OF MAPS, MAP NO. 3, RECORDER OF SAID COUNTY.

EXCEPTING THEREFROM THE FOLLOWING AS DESCRIBED AS FOLLOWS:

BEGINNING AT THE BOLT SET IN A CONCRETE MONUMENT MARKING THE CORNER COMMON SECTIONS 32, 33, 5 AND 4, TOWNSHIP 9 AND 10 NORTH, RANGE 4 EAST, M.B.M., AND ALSO MARKING THE NORTHWEST CORNER OF SAID LOT 92 (FROM WHICH MONUMENT THE 2-1/2 INCH IRON PIPE IN A CONCRETE MONUMENT MARKING THE CORNER COMMON TO SECTIONS 33, 34, 4 AND 3, TOWNSHIP 9 AND 10 NORTH, RANGE 4 EAST, M.B.M., BEARS NORTH 89 DEGREES 39 FEET 26 INCHES EAST 5185.64 FEET); THENCE FROM SAID POINT OF BEGINNING ALONG THE WESTERLY LINE OF SAID LOTS 92 AND 91 SOUTH 00 DEGREES 25 FEET 8 INCHES EAST 953.18 FEET; THENCE LEAVING SAID WESTERLY LINE NORTH 89 DEGREES 45 FEET O INCHES EAST 16.75 FEET; THENCE NORTH 7 DEGREES 44 FEET 11 INCHES EAST 100.98 FEET; THENCE NORTH 67 DEGREES 8 FEET 44 INCHES EAST 52 FEET; THENCE NORTH 89 DEGREES 46 FEET O INCHES EAST 78 FEET; THENCE ALONG A CURVE TO THE LEFT WITH A RADIUS OF 230 FEET, THROUGH AN ANGLE OF 90 DEGREES 0 FEET 0 INCHES AN ARC LENGTH OF 361.28 FEET (THE CHORD OF WHICH CURVE BEARS NORTH 44 DEGREES 46 FEET 0 INCHES EAST 325.27 FEET); THENCE NORTH 0 DEGREES 14 FEET 0 INCHES WEST 399 FEET; THENCE ALONG A CURVE TO THE RIGHT WITH A RADIUS OF 170 FEET, THROUGH AN ANGLE OF 90 DEGREES 0 FEET 0 INCHES AN ARC LENGTH OF 267.04 FEET (THE CHORD OF WHICH CURVE BEARS NORTH 44 DEGREES 46 FEET 0 INCHES EAST 240.42 FEET TO A POINT DISTANT SOUTH 0 DEGREES 14 FEET 0 INCHES EAST 181 FEET FROM ENGINEER'S STATION "C" 334-00.00 OF THE DEPARTMENT OF PUBLIC WORKS' 1961 SURVEY FROM EL CENTRO BOULEVARD TO SACRAMENTO RIVER NEAR ELKHORN, STATE HIGHWAY III-SAC-236-C (NOW 03-SAC-5); THENCE NORTH 89 DEGREES 46 FEET 0 INCHES EAST 1,100.74 FEET; THENCE FROM A TANGENT THAT BEARS NORTH 89 DEGREES 40 FEET 59 INCHES EAST ALONG A CURVE TO THE RIGHT WITH A RADIUS OF 2,370 FEET, THROUGH AN ANGLE OF 13 DEGREES 48 FEET 12 INCHES, AN ARC LENGTH OF 570.97 FEET (THE CHORD OF WHICH CURVE BEARS SOUTH 83 DEGREES 24 FEET 55 INCHES EAST 569.59 FEET) TO A POINT IN THE EASTERLY LINE OF SAID LOT 92; THENCE ALONG SAID EASTERLY LINE NORTH 0 DEGREES 32 FEET 57 INCHES WEST 106.05 FEET TO THE NORTHEAST CORNER OF SAID LOT 92; THENCE ALONG THE NORTH LINE OF SAID LOT 92, SOUTH 89 DEGREES 39 FEET 26 INCHES WEST 2,225.56 FEET TO THE SAID POINT OF BEGINNING OF THE LANDS HEREIN DESCRIBED, AS CONVEYED TO THE STATE OF CALIFORNIA BY DEEDS RECORDED SEPTEMBER 20, 1965, IN BOOK 5331, PAGE 124 OF OFFICIAL RECORDS.

APN: 225-0030-023
////

4. The United States and the FTB agree that their relative priorities with respect to their tax liens, described in paragraphs 1 through 3 above, against the Natomas property are as follows (by tax year):

| Claim Holder | Relevant Tax Period |
| --- | --- |
| FTB | 1988 |
| United States | 1986, 1987, & 1988 |
| FTB | 1990 |
| United States | 1992 & 1993 |
| FTB | 1994 |
| United States | 1994 |
| FTB | 1993 & 1995 |
| United States | 1995 |
| FTB | 1996 |
| United States | 1996, 1997, 1998, & 1999 |

5. Therefore, the United States and the FTB agree that the proceeds generated from any judicial or voluntary sale of the subject property as related to this action, shall be distributed between the United States and the FTB in the relative order of priority of their tax liens as described in paragraph 4, above, for the stated unpaid amount of the liens, plus any associated penalties and interest.

////

STIPULATION                               -3-                                    1533341.1

6. The United States and the FTB are to bear their respective costs, including any possible attorney's fees or other expenses of this litigation. The FTB is hereby dismissed from this action.

| | |
|---|---|
| Dated this 23rd day of February, 2006. | Dated this 15th day of February, 2006. |
| MCGREGOR W. SCOTT<br>United States Attorney | BILL LOCKYER<br>Attorney General of the State of California |
| /s/ - Paul Ham<br>PAUL S. HAM<br>Trial Attorney, Tax Division<br>U.S. Department of Justice<br>Post Office Box 683, Ben Franklin Station<br>Washington, D.C. 20044<br>Telephone: (202) 307-6421<br>Facsimile: (202) 307-0054 | /s/ - Michael Cornez<br>MICHAEL CORNEZ<br>Deputy Attorney General<br>1300 I Street, Suite 125<br>P.O. Box 944255<br>Sacramento, CA 94244-2550<br>Telephone: (916) 327-0305<br>Facsimile: (916) 327-2247 |
| (Attorneys for the United States) | (Attorneys for the State of California, Franchise Tax Board) |

**IT IS SO ORDERED.**

Dated: 2/24/2006

DAVID F. LEVI
United States District Judge

STIPULATION                         -4-                                     1533341.1