McGREGOR W. SCOTT
United States Attorney

PAUL S. HAM
JUSTIN S. KIM
Trial Attorneys, Tax Division
United States Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, DC  20044-0683
Telephone: (202) 307-6421
Telephone: (202) 307-0977
Facsimile:  (202) 307-0054
E-mail: paul.s.ham@usdoj.gov
E-mail: justin.s.kim@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Civil No. 2:01-cv-2301-DFL-GGH |
|---|---|
| Plaintiff, | **STIPULATED DISCLAIMER AND DISMISSAL OF CALIFORNIA SERVICE BUREAU OF MARIN COUNTY, INC., and [Proposed] ORDER** |
| v. | |
| J. LEONARD PADILLA, et al., | |
| Defendants. | |

     Plaintiff United States of America and defendant California Service Bureau of Marin County, Inc. ("Service Bureau"), through their respective attorneys, hereby agree and stipulate as follows:

     1.    Service Bureau acknowledges receipt of the United States' Second Amended Complaint, filed on January 12, 2005, and hereby waives any service requirements, pursuant to Rule 4 of the Federal Rules of Civil Procedure, of the foregoing complaint and any associated court issued documents.

     2.    Service Bureau disclaims any and all claims against the real property at issue in this action and acknowledges that it has no right to participate in further proceedings concerning this action or to share in any moneys that may be awarded.

////

STIPULATION      -1-      1558046.1

3. Service bureau is hereby dismissed from this action. The United States and Service Bureau are to bear their own respective costs incurred in this action, including any attorneys' fees or costs.

Dated this 1st day of March, 2006.                      Dated this 28th day of February, 2006.

MCGREGOR W. SCOTT
United States Attorney

 /s/ - Paul Ham                                              /s/ - Michael K. Sipes
PAUL S. HAM                                                  MICHAEL K. SIPES
Trial Attorney, Tax Division                                 Law Offices of Michael K. Sipes
U.S. Department of Justice                                   3050 Fite Circle, Suite 107
Post Office Box 683, Ben Franklin Station                    Sacramento, CA 95827-1808
Washington, D.C. 20044                                       Telephone: (916) 369-9852
Telephone: (202) 307-6421                                    Facsimile: (916) 369-8573
Facsimile: (202) 307-0054

(Attorneys for the United States)                            (Attorneys for the California Service Bureau of Marin County, Inc.)

**IT IS SO ORDERED.**

Dated: 3/7/2006

DAVID F. LEVI
United States District Judge

STIPULATION                                -2-                                            1558046.1