McGREGOR W. SCOTT
United States Attorney

PAUL S. HAM
JUSTIN S. KIM
Trial Attorneys, Tax Division
United States Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, DC 20044-0683
Telephone: (202) 307-6421
Telephone: (202) 307-0977
Facsimile: (202) 307-0054
E-mail: paul.s.ham@usdoj.gov
E-mail: justin.s.kim@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>Plaintiff,<br><br>v.<br><br>J. LEONARD PADILLA, NELLY PATINO, ROSE MORENO-PADILLA, et al.,<br><br>Defendants. | Civil No. 2:01-CV-02301-DFL-GGH<br><br>**ORDER OF SALE OF THE NATOMAS PROPERTY AND STIPULATION BETWEEN THE UNITED STATES AND JULIE PADILLA** |

IT IS HEREBY ORDERED AND ADJUDGED that the Natomas property, in its entirety, shall be marketed for sale within 45 days of the issuance of this Order. The Natomas property is particularly described as follows:

LOT 92 AND THE NORTH ONE-HALF OF LOT 91, AS SHOWN ON THE "PLAT OF NATOMAS CENTRAL SUBDIVISION," RECORDED IN BOOK 16 OF MAPS, MAP NO. 3, RECORDER OF SAID COUNTY.

EXCEPTING THEREFROM THE FOLLOWING AS DESCRIBED AS FOLLOWS:

BEGINNING AT THE BOLT SET IN A CONCRETE MONUMENT MARKING THE CORNER COMMON TO SECTIONS 32, 33, 5, AND 4, TOWNSHIP 9 AND 10 NORTH, RANGE 4 EAST, M.D.M., AND ALSO MARKING THE NORTHWEST CORNER OF SAID LOT 92 (FROM WHICH MONUMENT THE 2 ½ INCH IRON PIPE IN A CONCRETE MONUMENT MARKING THE CORNER COMMON TO SECTIONS 33, 34, 4 AND 3, TOWNSHIP 9 AND 10 NORTH, RANGE 4

EAST, M.D.M., BEARS NORTH 89 DEGREES 39 FEET 26 INCHES EAST 5185.64 FEET); THENCE FROM SAID POINT OF BEGINNING ALONG THE WESTERLY LINE OF SAID LOTS 92 AND 91 SOUTH 00 DEGREES 25 FEET 8 INCHES EAST 953.18 FEET; THENCE LEAVING SAID WESTERLY LINE NORTH 89 DEGREES 45 FEET 00 INCHES EAST 16.75 FEET; THENCE NORTH 7 DEGREES 44 FEET 11 INCHES EAST 100.98 FEET; THENCE NORTH 67 DEGREES 8 FEET 44 INCHES EAST 52.00 FEET; THENCE NORTH 89 DEGREES 46 FEET 00 INCHES EAST 78.00 FEET; THENCE ALONG A CURVE TO THE LEFT WITH A RADIUS OF 230.00 FEET, THROUGH AN ANGLE OF 90 DEGREES 00 FEET 00 INCHES AN ARCH LENGTH OF 361.28 FEET (THE CHORD OF WHICH CURVE BEARS NORTH 44 DEGREES 46 FEET 00 INCHES EAST 325.27 FEET); THENCE NORTH 0 DEGREES 14 FEET 00 INCHES WEST 399.00 FEET; THENCE ALONG A CURVE TO THE RIGHT WITH A RADIUS OF 170.00 FEET, THROUGH AN ANGLE OF 90 DEGREES 00 FEET 00 INCHES AN ARCH LENGTH OF 267.04 FEET (THE CHORD OF WHICH CURVE BEARS NORTH 44 DEGREES 46 FEET 00 INCHES EAST 240.42 FEET TO A POINT DISTANT SOUTH 0 DEGREES 14 FEET 00 INCHES EAST 181.00 FEET FROM ENGINEER'S STATION "C" 334-00.00 OF THE DEPARTMENT OF PUBLIC WORKS' 1961 SURVEY FROM EL CENTRO BOULEVARD TO SACRAMENTO RIVER NEAR ELKHORN, STATE HIGHWAY III-SAC-236-C (NOW 03-SAC-5); THENCE NORTH 89 DEGREES 46 FEET 00 INCHES EAST 1,100.74 FEET; THENCE FROM A TANGENT THAT BEARS NORTH 89 DEGREES 40 FEET 59 INCHES EAST ALONG A CURVE TO THE RIGHT WITH A RADIUS OF 2,370.00 FEET, THROUGH AN ANGLE OF 13 DEGREES 48 FEET 12 INCHES, AN ARCH LENGTH OF 570.97 FEET (THE CHORD OF WHICH CURVE BEARS SOUTH 83 DEGREES 24 FEET 55 INCHES EAST 569.59 FEET) TO A POINT IN THE EASTERLY LINE OF SAID LOT 92; THENCE ALONG SAID EASTERLY LINE NORTH 0 DEGREES 32 FEET 57 INCHES WEST 106.05 FEET TO THE NORTHEAST CORNER OF SAID LOT 92; THENCE ALONG THE NORTH LINE OF SAID LOT 92, SOUTH 89 DEGREES 39 FEET 26 INCHES WEST 2,225.56 FEET TO THE SAID POINT OF BEGINNING OF THE LANDS HEREIN DESCRIBED, AS CONVEYED TO THE STATE OF CALIFORNIA BY DEEDS RECORDED SEPTEMBER 20, 1965, IN BOOK 5331, PAGE 124 OF OFFICIAL RECORDS.

APN: 225-0030-023

IT IS HEREBY ORDERED AND ADJUDGED that William C. Farley is appointed as the trustee to market and sell the Natomas property, in its entirety. The Internal Revenue Service shall have the right of first refusal concerning any sale of the Natomas property. However, the Internal Revenue Service shall not have any right of refusal regarding the sale of the Natomas property if the sale proceeds generated would fully satisfy the United States' claim against (1) Padilla in the amount of $2,158,760.41, plus accrued interest and penalties since February 29, 2004, for the 1986 through 1998 and 1992 through 1999 tax years and (2) Rose Moreno-Padilla in the amount of $430,489.26, plus accrued interest and penalties since August 16, 2001, for the 1996 and 1997 tax years. Moreover, the basis of any refusal by the Internal Revenue Service of a proposed sale of the Natomas property shall be reasonable and not arbitrary.

IT IS HEREBY ORDERED AND ADJUDGED that all reasonable offers the trustee receives to sell the Natomas property shall be forwarded to the Internal Revenue Service for its review. Any sale of

the Natomas property shall be subject to confirmation by this Court.

IT IS HEREBY ORDERED AND ADJUDGED that the proceeds generated from the sale of the Natomas property by William Curtis Farley, as trustee, shall be distributed as follows:

I. First, an amount sufficient to cover the expenses of the sale shall be retained, including an amount sufficient to cover the expenses of any steps taken to secure or maintain the Natomas property;

II. Second, to all taxes unpaid and matured that are owed for real property taxes on the Natomas property;

III. Third, to Nelly Patino as agreed by her stipulation with the United States;

IV. Fourth, the remaining proceeds from the sale shall be divided in half with each half distributed to the claimants of Padilla's and Julie Padilla's respective ½ interest in the Natomas property as follows:

    A. J. Leonard Padilla's remaining ½ share shall be distributed in the following order:

        i. First, to the Franchise Tax Board as agreed by its stipulation with the United States;

        ii. Second, to the United States to be applied against its judgment against J. Leonard Padilla in the amount of $2,158,760.41, plus accrued interest and penalties since February 29, 2004, for his outstanding federal tax liabilities for the 1986 through 1998 and 1992 through 1999 tax years; and

        iii. Last, any amounts remaining, if any, to be distributed to J. Leonard Padilla.

    B. Julie Padilla's remaining ½ share shall be distributed in the following order:

        i. First, to Robert Wilkes as agreed by his stipulation with the United States;

        ii. Second, $350,000 to the United States to be applied against Rose Moreno-Padilla's outstanding federal tax liabilities in the amount of $430,489.26, plus accrued interest and penalties since August 16, 2001, for the 1996 and 1997 tax years (the United States will discharge its tax liens encumbering its claim against Rose Moreno-Padilla for the 1996 and 1997 tax years from the Natomas property once, and if, it receives the $350,000 in full);

1    and

2              iii.    Last, any amounts remaining, if any, to be distributed to Julie Padilla.

3  Upon confirmation of the sale by the Court and distribution of the sale proceeds in accordance with this

4  paragraph, the United States will dismiss this action with prejudice.

5       IT IS HEREBY ORDERED AND ADJUDGED that if the Natomas property, in its entirety, is not

6  sold within 210 days of this Order, that Julie Padilla agrees that the United States is entitled to relief as

7  set forth in its Motion to Enforce its Settlement Agreement and For an Order of Foreclosure

8  ("Enforcement Motion"), filed on February 21, 2006.  In pertinent part as set forth in the Enforcement

9  Motion, Julie Padilla agrees that the United States has a claim against her in the amount of $2,350,000

10 derived from her from her agreement to pay $2,000,000 toward Padilla's and $350,000 toward Rose

11 Moreno-Padilla's respective outstanding federal tax liabilities; consequently, the United States may sell

12 Julie Padilla's ½ interest in the Natomas property and apply the proceeds in satisfaction of the United

13 States' claim against her for the breach of the settlement agreement.  This paragraph does not bind the

14 ////

ORDER OF SALE AND
STIPULATION                                - 4 -

1  United States with respect to its claim against Padilla for its judgment entered against him for the 1986
2  through 1998 and 1992 through 1999 tax years.  However, any recovery the United States receives from
3  the date of this Order that reduces its claim against Padilla would similarly reduce its claim against Julie
4  Padilla on her agreement to pay $2,000,000 toward Padilla's outstanding federal tax liabilities.

6  **IT IS SO ORDERED**.

9  Dated: April 21, 2006                          /s/ David F. Levi
                                                  DAVID F. LEVI
10                                                CHIEF JUDGE
                                                  UNITED STATES DISTRICT COURT

11 Presented and agreed to by:

13 McGREGOR W. SCOTT
   United States Attorney

15  /s/ - Paul Ham                                /s/ - Peter Brixie
    PAUL S. HAM                                   PETER BRIXIE
16  Trial Attorney, Tax Division                  Law Offices of Peter Brixie
    United States Department of Justice           410 Twelfth Street, Suite 1
17  P.O. Box 683, Ben Franklin Station            Sacramento, CA 95814
    Washington, DC  20044-0683                    (Attorney for Julie Padilla)
18  (Attorneys for the United States of America)