McGREGOR W. SCOTT
United States Attorney

PAUL S. HAM
JUSTIN S. KIM
Trial Attorneys, Tax Division
United States Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, DC 20044-0683
Telephone: (202) 307-6421
Telephone: (202) 307-0977
Facsimile: (202) 307-0054
E-mail: paul.s.ham@usdoj.gov
E-mail: justin.s.kim@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>  Plaintiff,<br><br>  v.<br><br>J. LEONARD PADILLA, NELLY PATINO,<br>ROSE MORENO-PADILLA, et al.,<br><br>  Defendants. | Civil No. 2:01-CV-02301-DFL-GGH<br><br>**AMENDMENT TO<br>ORDER OF SALE OF THE NATOMAS<br>PROPERTY AND STIPULATION<br>BETWEEN THE UNITED STATES<br>AND JULIE PADILLA** |

Pursuant to the Status Conference which occurred on June 27, 2006, the Court hereby amends the Order of Sale of the Natomas Property and Stipulation between the United States and Julie Padilla ("Order of Sale"), entered on April 24, 2006, as follows:

1. William C. Farley ("Farley")* is appointed in this action to sell the Natomas Property, in its entirety, and shall act as a fiduciary to the current titled owners of the Natomas Property, J. Leonard Padilla and Julie Padilla. Farley shall market and endeavor to sell the Natomas Property on behalf of both J. Leonard Padilla and Julie Padilla. Farley shall be compensated for his services and costs incurred by J. Leonard Padilla and Julie Padilla, the terms of which will be agreed to by them.

2. Subject to the limitations set forth in the Order of Sale (including the United States' right

1  of first refusal if a proposed sale does not fully satisfy its claim against J. Leonard Padilla and Rose
2  Moreno-Padilla for their unpaid federal tax liabilities, plus penalties and interest), Farley shall deposit the
3  gross proceeds generated from any sale of the Natomas Property, before any deductions, to the Court's
4  Registry by depositing a check in that amount payable to the United States District Court with the
5  notation "USDC Civil No. 2:01-CV-02301-DFL-GGH," along with a copy of this Order, with:

> The Clerk of Court
> United States District Court
> Eastern District of California
> 501 "I" Street
> Sacramento, CA 95814

9  Pending receipt of the gross proceeds of the sale by the Court's Registry and confirmation of the sale by
10 the Court, the gross proceeds shall be distributed as set forth in the Order of Sale.

11      3.      No other amendments to the Order of Sale are made and all provisions of the Order of
12 Sale shall remain in effect, including the time frame in which the Natomas Property may be sold and the
13 agreement by Julie Padilla of her liability to the United States if the Natomas Property is not sold within
14 such time.

**IT IS SO ORDERED**.

Dated: July 6, 2006

/s/ David F. Levi
DAVID F. LEVI
CHIEF JUDGE
UNITED STATES DISTRICT COURT

**\* The court has removed the reference to Farley as "trustee" on the view that this creates ambiguity.**

Presented and agreed to (before the court's changes) by:

McGREGOR W. SCOTT
United States Attorney

/s/ - Paul Ham
PAUL S. HAM
Trial Attorney, Tax Division
United States Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, DC  20044-0683
(Attorneys for the United States of America)

/s/ - Peter Brixie
PETER BRIXIE
Law Offices of Peter Brixie
410 Twelfth Street, Suite 1
Sacramento, CA 95814
(Attorney for Julie Padilla)

AMENDMENT TO
ORDER OF SALE                            - 2 -

1
2  /s/ - William Farley
   WILLIAM C. FARLEY                                J. LEONARD PADILLA
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

AMENDMENT TO
ORDER OF SALE                     - 3 -