McGREGOR W. SCOTT
United States Attorney

PAUL S. HAM
JUSTIN S. KIM
Trial Attorneys, Tax Division
United States Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, DC  20044-0683
Telephone: (202) 307-6421
Telephone: (202) 307-0977
Facsimile:  (202) 307-0054
E-mail:  paul.s.ham@usdoj.gov
E-mail:  justin.s.kim@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J. LEONARD PADILLA, et al.,<br><br>　　　　Defendants. | Civil No. 2:01-CV-02301-DFL-GGH<br><br>**ORDER** |

　　Having considered the United States' Request for an Extension of Time to State Objections to William Farley's Proposed Sale of the Natomas Property, the record contained herein, and good cause being shown, the Request is hereby GRANTED.  The Minute Order, entered on August 9, 2006, is amended to allow the United States to state any objections to the proposed sale by August 25, 2006.

　　**IT IS SO ORDERED .**

Dated:  August 18, 2006　　　　　　　　/s/ David F. Levi
　　　　　　　　　　　　　　　　　　DAVID F. LEVI
　　　　　　　　　　　　　　　　　　CHIEF JUDGE
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT

ORDER