McGREGOR W. SCOTT
United States Attorney

PAUL S. HAM
JUSTIN S. KIM
Trial Attorneys, Tax Division
United States Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, DC  20044-0683
Telephone: (202) 307-6421
Telephone: (202) 307-0977
Facsimile:  (202) 307-0054
E-mail: paul.s.ham@usdoj.gov
E-mail: justin.s.kim@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>             v.<br><br>J. LEONARD PADILLA, et al.,<br><br>                        Defendants. | Civil No. 2:01-cv-2301-DFL-GGH<br><br>**STIPULATED DISCLAIMER AND DISMISSAL OF STATE OF CALIFORNIA FRANCHISE TAX BOARD, and  ORDER** |

    Plaintiff United States of America and defendant State of California Franchise Tax Board ("FTB"), through their respective attorneys, hereby agree and stipulate as follows:

    1.   FTB disclaims any and all claims against the real property at issue in this action and acknowledges that it has no right to participate in further proceedings concerning this action or to share in any moneys that may be awarded.

////

STIPULATION                                           -1-                                                         1862212.1

    2.    FTB is hereby dismissed from this action. The United States and the FTB are to bear their own respective costs incurred in this action, including any attorneys' fees or costs.

    3.    This stipulation supersedes any previous stipulation entered into by the United States and the FTB in this action.

Dated this 22nd day of August, 2006.        Dated this 17th day of August, 2006.

MCGREGOR W. SCOTT
United States Attorney

/s/ - Paul Ham        /s/ - Michael Cornez
PAUL S. HAM        MICHAEL CORNEZ
Trial Attorney, Tax Division        Deputy Attorney General
U.S. Department of Justice        1300 I Street, Suite 125
Post Office Box 683, Ben Franklin Station        P.O. Box 944255
Washington, D.C. 20044        Sacramento, CA 94244-2550
Telephone: (202) 307-6421        Telephone: (916) 327-0305
Facsimile: (202) 307-0054        Facsimile: (916) 327-2247

(Attorneys for the United States)        (Attorneys for the State of California Franchise Tax Board)

**IT IS SO ORDERED.**

Dated: 8/22/2006

DAVID F. LEVI
United States District Judge

STIPULATION        -2-        1862212.1