McGREGOR W. SCOTT
United States Attorney

PAUL S. HAM
JUSTIN S. KIM
Trial Attorneys, Tax Division
United States Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, DC  20044-0683
Telephone: (202) 307-6421
Telephone: (202) 307-0977
Facsimile:  (202) 307-0054
E-mail: paul.s.ham@usdoj.gov
E-mail: justin.s.kim@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>J. LEONARD PADILLA, et al.,<br><br>            Defendants. | Civil No. 2:01-cv-2301-DFL-GGH<br><br>**ORDER REGARDING WILLIAM FARLEY'S PROPOSED SALE OF THE NATOMAS PROPERTY** |

Having considered the United States' Statement of No Objection to William Farley's Proposed Sale of the Natomas Property, the record contained herein, and good cause being shown, the Court hereby APPROVES of the sale.  William Farley is permitted to complete the sale of the Natomas Property and shall deposit $3,300,000 from the proceeds of the sale with Placer Title Company.  The sale shall not be complete unless the proceeds and additional contribution by J. Leonard Padilla or Julie Padilla, if required, fully satisfy the United States' claim against them.

////

////

////

ORDER                                        -1-                                        1878459.1

1 **IT IS SO ORDERED .**

2 Dated: 8/25/2006

_____
DAVID F. LEVI
United States District Judge