**PETER E. BRIXIE, S.B.#124186**
Attorney at Law
410 Twelfth Street, Suite One
Sacramento, CA 95814
Telephone: (916) 658-1880
Facsimile: (916) 658-1884

**Attorney for Defendant Julie A. Padilla**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.:   CIVS 01-2301 DFL GGH |
| Plaintiff, | STIPULATION BETWEEN JULIE PADILLA, J. LEONARD PADILLA AND THE UNITED STATES TO AMEND THE ORDER OF SALE OF THE NATOMAS PROPERTY, and ORDER |
| vs. | |
| J. LEONARD PADILLA, NELLY PATINO, ROSE MORENO-PADILLA, STATE OF CALIFORNIA FRANCHISE TAX BOARD, CARLOS ALCALA, JULIE A. PADILLA, CLIFFORD J. AND CLIFFORD W. ELDRIDGE, INDEPENDENT APPRAISAL, INC. AND NATOMAS CENTRAL MUTUAL WATER COMPANY, | |
| Defendants. | |

Julie A. Padilla, J. Leonard Padilla, and the United States hereby stipulate to amend the Order of Sale of the Natomas Property and Stipulation between the United States and Julie Padilla ("Order of Sale"), entered on April 24, 2006, and as amended on July 6, 2006.  In support thereof, the parties state and agree as:

1. On April 24, 2006 (as modified on July 6, 2006), the Court entered an Order of Sale, directing the Natomas Property to be sold within 210 days.  Subject to the Order of Sale, William Farley secured a potential sale in which the buyers

AMENDMENT TO ORDER OF SALE                                    U.S.A. vs. Padilla Civ-S 01-2301

1 deposited $100,000 with Placer Title Company as a non-refundable security
2 deposit. However, the sale was never consummated because the buyers ultimately
3 decided not to pursue it ("Foster Deal").
4     2. Placer Title Company shall deposit the $100,000 non-refundable deposit resulting
5 from the failed Foster Deal with the Court's Registry by sending a check in that
6 amount payable to the United States District Court with the notation "USDC Civil
7 No. 2:01-CV-02301-DFL-GGH" along with a copy of this Order to:

> Clerk of the Court
> United States District Court
> Eastern District of California
> 501 "I" Street
> Sacramento, CA 95814

11     3. The $100,000.00 shall be distributed and set forth in the Order of Sale once the
12 Natomas Property is sold and confirmed by this Court.
13     4. The time for J. Leonard Padilla and Julie Padilla to sell the Natomas property is
14 extended to February 23, 2007. No further requests for extensions shall be
15 granted.
16 ////

4. No other amendments to the Order of Sale (as amended on July 6, 2006) are made and all other provisions of the Order of Sale shall remain in effect.

McGREGOR W. SCOTT
U.S. Attorney

/s/Paul Ham
PAUL S. HAM
Trial Attorney Tax Division
U.S. Department of Justice
(Attorneys for U.S.A.)

LAW OFFICE OF PETER BRIXIE

/s/Peter Brixie
Peter Brixie
410 12th Street, Suite One
Sacramento, CA 95814
(Attorney for Julie Padilla)

/s/J. Leonard Padilla
J. LEONARD PADILLA

IT IS SO ORDERED

DATED: November 14, 2006

/s/ David F. Levi
DAVID F. LEVI
CHIEF JUDGE
U.S. DISTRICT COURT