IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

J. LEONARD PADILLA, et al.,

    Defendants.
_____/

No. 2:01-CV-2301-JAM-GGH

ORDER CONFIRMING SALE

    Before the Court is the United States of America's Motion to Confirm Sale of the Natomas Property (described at Ex. A to Lipscomb Decl.), which was foreclosed pursuant to the Court's Order of Foreclosure and Decree of Sale dated June 1, 2007. Docket at 239. Having carefully considered the pleadings, the United States of America's Motion to Confirm Sale is GRANTED.

IT IS SO ORDERED.

Dated: August 21, 2008

_____
JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE

1