McGREGOR W. SCOTT
United States Attorney

JUSTIN S. KIM
Trial Attorneys, Tax Division
United States Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, DC 20044-0683
Telephone: (202) 307-0977
Facsimile: (202) 307-0054
E-mail: justin.s.kim@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>J. LEONARD PADILLA, et al.,<br><br>          Defendants. | Civil No. 2:01-cv-2301-JAM-GGH<br><br>**ORDER** |

Pursuant to the Stipulation Between the United States, Nelly Patino, and Robert Wilkes Regarding the Disbursement of Proceeds, filed on August 15, 2008, and the Court's Order of Foreclosure and Decree of Sale dated June 1, 2007, the Clerk of Court is hereby ordered to disburse the $2,100,000.00 deposited from the sale of property in this matter as follows:

    Sacramento County Tax Collector      $3,415.56
    P.O. Box 508
    Sacramento, CA 95812-0508

    Nelly Patino      $75,668.50
    c/o Danny D. Brace, Jr.
    Law Office of Danny D. Brace
    901 H Street, Suite 500
    Sacramento, CA 95814

    Robert Wilkes      $24,759.82
    Law Office of Robert L. Wilkes
    Building E
    1801 East Parkcourt Place, Suite 106
    Santa Ana, CA 92701

3542519.1

United States Treasury $1,996,156.12
c/o United States Department of Justice, Tax Division
P.O. Box 310, Ben Franklin Station
Washington, DC 20044

**IT IS SO ORDERED.**

DATED: August 29, 2008

/s/ John A. Mendez
HON. JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE